```
_____FILED          _____RECEIVED
_____ENTERED        _____SERVED ON
                    COUNSEL/PARTIES OF RECORD

        JUL 29 2020

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY:_____DEPUTY
```

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No.  2:20-mj-00619-VCF |
| | ) |
| JAKE MASHBURN | ) Charging District:   Western District of Missouri |
| *Defendant* | ) Charging District's Case No.   05-06001-01-CR-SJ |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | United States District Court<br>400 E. 9th Street<br>Kansas City, MO 64106 | Courtroom No.: TBD |
|---|---|---|
| | | Date and Time: TBD |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   July 29, 2020

*Judge's signature*

CAM FERENBACH, United States Magistrate Judge
*Printed name and title*